Adrian Williams
Reg. No. 43230-053
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

October 18, 2005

Clerk of the Court
U.S. District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

RE: <u>Civil Docket for Case #: 4:05-cv-40100-RWZ</u>

Dear Clerk,

    I am writing to request an update as to the status of my Title 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Please let me know as soon as possible.

    I thank you for your time and effort in this matter of Liberty.

                                                Respectfully,

                                                Adrian Williams