Adrian Williams
Prison Number 43230-053
F.M.C. Devens Prison
P.O. Box 879
Ayer, MA 01432

Pro Se Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADRIAN WILLIAMS,<br><br>    Pro Se Petitioner,<br><br>        v.<br><br>WARDEN DAVID L. WINN,<br><br>F.M.C. DEVENS PRISON,<br><br>        Respondent. | Case Number<br><br>405-CIV-40100<br><br>JUDGE ZOBEL |

Motion by the Pro Se Petitioner to Withdraw his December 21, 2005 Notice of Appeal to the U.S. Court of Appeals for the First Circuit in the Instant Dismissed Petition

Consolidated Declaration and Motion to Withdraw the Pro Se Petitioner's Notice of Appeal to the U.S. Court of Appeals for the First Circuit Dated December 21, 2005 in the Instant Dismissed Action

Declaration and Affirmation

Adrian Williams, Pro Se Petitioner, hereinafter "Petitioner," declares and affirms under the penalty of perjury that the instant filing is true.

### Motion to Withdraw the December 21, 2005 Notice of Appeal

1. Respectfully, the Petitioner is requesting the Honorable Court to withdraw his December 21, 2005 Notice of Appeal to the U.S. Court of Appeals for the First Circuit. The Court did dismiss the Petitioner's Motion under 28 U.S.C. § 2241 in 2005

### Conclusion

Based on all the papers filed in the instant action, the Petitioner is respectfully requesting the Honorable Court to withdraw his December 21, 2005 Notice of Appeal.

on this 11th day of January, 2006,

Respectfully submitted,

by: *Adrian Williams*
Adrian Williams
Pro Se Petitioner

## Proof of Service on the Respondent's Counsel

Adrian Williams, Pro Se Petitioner, declares and affirms under the penalty of perjury that he did serve the below named Respondent's Counsel with a true copy of his Motion to Withdraw the Notice of Appeal by the F.M.C. Devens legal mail system on January 11, 2006.

### Served Respondent's Counsel

U.S. Attorney Sullivan
for the District of Massachusetts
One Courthouse Way
Suite 9200
Boston, MA 02210

On this 11th day of January, 2006,

by: *Adrian Williams*
Adrian Williams
Pro Se Petitioner

Docket Number
**05-CIV-40100**

Williams v. Winn